UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA WINIFRED MOSHENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:20-cv-01657-PVC<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: February 3, 2022

                                                  /s/ *Signature*
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-